**Appeal Dismissed and Memorandum Opinion filed November 5, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00680-CV

_____

### BENJI'S EDUCATIONAL ACADEMY ET AL., Appellants

### V.

### HARRIS COUNTY ET AL,, Appellees

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2016-40976**

## MEMORANDUM OPINION

Appellants[1] filed their notice of appeal on September 2, 2019. Our records show that appellants have not paid the appellate filing fee, and no evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. Gov't Code Ann. § 51.207; Tex. R. App. P. 5.

---

[1] The appellants identified on the notice of appeal are "Theola Robinson as Director of Benji [sic] Educational academy [sic] and Benji's Educational Academy."

On October 3, 2019, this court ordered appellants to pay the appellate filing fee on or before October 14, 2019, or the appeal would be dismissed. Appellants have not paid the appellate filing fee. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.